PETER A. PORTER, Individually and as Grantee, etc., et al., Respondents, v. THE INTERNATIONAL BRIDGE COMPANY et al., Appellants, Impleaded with Others.

*Porter* v. *International Bridge Co.*, 79 App. Div. 358, affirmed.
(Argued April 27, 1903; decided May 12, 1903.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 6, 1903, which reversed an order of Special Term directing a jury trial of the issues involved in the above-entitled action.

The following questions were certified :

*First.* Had the defendants, the International Bridge Company and the Grand Trunk Railway Company of Canada, a constitutional right to a trial by jury upon the facts proved, before the court made the order entered in the Erie county clerk's office May 12, 1902, ordering a jury trial in this case ?

*Second.* Should the court have framed and ordered tried any of the questions settled and ordered tried by a jury by the order entered in the Erie county clerk's office May 12, 1902, or should this case have been sent to a trial court for trial by a jury, leaving the trial court free to apply to such trial the provisions of sections 1519 and 1531 of the Code of Civil Procedure, and other provisions of the statute and principles of law applicable to such trial ?

*Adelbert Moot, Henry W. Sprague* and *Edward L. Jung* for appellants.

*Charles P. Norton* for respondents.

Order affirmed, with costs, and both questions certified answered in the negative ; no opinion.

Concur : PARKER, Ch. J., GRAY, VANN, CULLEN and WERNER, JJ. Not voting : O'BRIEN and BARTLETT, JJ.